**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6416

KEVIN MICHAEL LEITE,

                Petitioner – Appellant,

        v.

WARDEN FCI WILLIAMSBURG,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Bruce H. Hendricks, District Judge.  (0:15-cv-01780-BHH)

Submitted:  August 25, 2016          Decided:  August 30, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Michael Leite, Appellant Pro Se.  Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Michael Leite, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Leite v. Warden FCI Williamsburg, No. 0:15-cv-01780-BHH (D.S.C. Feb. 9, 2016). We deny Leite's motion to vacate the district court order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED